IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Taffy L. Johnson, as Personal Representative of the Estate of Beverly J. Johnson, Beneficiary of the J.R. Chitwood Family Trust, Beneficiary of the J.R. Chitwood Trust and Beneficiary of the Beverly Johnson Irrevocable Trust, and Beneficiary of the Beatrice J. Chitwood Estate and Trust,<br><br>        Plaintiff,<br><br>vs.<br><br>Sharon K. Bratcher, Individually as Trustee of the J.R. Chitwood Family Trust, Trustee of the J.R. Chitwood Trust, Trustee of the Beverly Johnson Irrevocable Trust, Trustee of the Beatrice J. Chitwood Trust and as Personal Representative of the Estate of James R. Chitwood, and Estate of Beatrice J. Chitwood,<br><br>        Defendant. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br>Case No. 1:16-cv-32 |

The court held a status conference with the parties on November 15, 2017. Pursuant to its discussion with the parties, the court **ORDERS**:

(1) The parties shall have until October 1, 2018, to file other dispositive motions (summary judgment as to all or part of the case).

(2) The final pretrial conference set for December 27, 2017, shall be rescheduled for March 26, 2019, at 11:00 a.m.

(3) The jury trial set for January 8, 2018, shall be rescheduled for April 8, 2019, at 1:30 p.m. in Bismarck before Chief Judge Hovland. A five (5) day trial is

1

anticipated.

Dated this 15th day of November, 2017.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr., Magistrate Judge
                United States District Court